# Court of Appeals
## Tenth Appellate District of Texas

10-26-00110-CR

Ex Parte Louis Benjamin Vargas, f/k/a
Louis Benjamin Galynsky

On appeal from the
Municipal Court of Garrett, Ellis County, Texas
Judge Chris Macon, presiding
Trial Court Cause No. GP 16596-1

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

Appellant, Louis Benjamin Vargas, f/k/a Louis Benjamin Galynsky, appealed from a denial of a petition for a writ of habeas corpus by the municipal court judge signed on March 10, 2026. Appellant pled "No Contest" to a speeding complaint and paid a fine and costs. Rather than filing an appeal to the county court at law, Appellant filed a notice of appeal with this Court.

As relevant to this appeal, the appeal from a judgment of the municipal court was required to be filed in the county court at law in Ellis County. *See* TEX. GOV'T CODE §30.00014(a). This Court does not have jurisdiction over an appeal from municipal court. *See* TEX. GOV'T CODE § 30.00027(a) (providing

that appellate courts have jurisdiction to review a municipal court judgment only if (1) the fine assessed exceeds $100 and the judgment is affirmed by the county court; or (2) the sole issue is the constitutionality of the statute or ordinance on which a conviction is based). Even if the fine paid by Appellant was more than $100, the judgment has not been affirmed by the county court. Additionally, the writ is not based on the constitutionality of the statute upon which he was convicted. Therefore, because this Court does not have jurisdiction, this appeal is dismissed for want of jurisdiction.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 9, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
CR25

